**In the Interest of C.D., a minor, Respondent,**

v.

**E.D., Appellant.**

**No. 51205.**

Missouri Court of Appeals, Eastern District, Southern Division.

July 22, 1986.

Richard Goldstein, Cape Girardeau, for appellant.

Kevin Spaeth, Cape Girardeau, for respondent.

ORDER

PER CURIAM.

Mother appeals from an order terminating her parental rights to her daughter, C.D. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).